**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
emhlaw@aol.com
**TELEPHONE:  559-248-0900**
**FACSIMILE:   559-248-0901**

Attorney for Defendant, ROGELIO MARTIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROGELIO MARTIN, ) <br> ) <br> Defendant ) <br> ) <br> ) <br> _____ ) | Case No.: 1:12-cr-00106 LJO/DLB <br><br> **STIPULATION MODIFYING TERMS AND CONDITIONS OF PRE-TRIAL RELEASE** |

    It is stipulated among the parties that the terms and condition of pre-trial release are modified from an Unsecured Bond to a Secured Bond.

    The defendant, Rogelio Martin, is released on a $50,000 Secured Property Bond, secured by the real estate property located at 1375 E. Bardsley, Tulare, CA 93274. A $50,000 Property Bond utilizing the equity in this property, owned by Rebecca Munoz, shall be forfeited upon the failure of Rogelio Martin to appear or abide by any of the conditions of release. All other previously ordered terms and conditions of release, not in conflict, remain in full force and effect.

    IT IS SO STIPULATED.

|  |  |  |
|---|---|---|
|  |  | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: May 22, 2012 | By: | **/s/ Stanley A. Boone**<br>———————————<br>STANLEY A. BOONE<br>Assistant U.S. Attorney |
| DATED: May 22, 2012 | By: | **/s/ E. Marshall Hodgkins**<br>———————————<br>E. MARSHALL HODGKINS<br>Attorney for Defendant<br>ROGELIO MARTIN |

IT IS SO ORDERED.

   Dated: __**May 22, 2012**__               /s/ *Dennis L. Beck*
                                                      UNITED STATES MAGISTRATE JUDGE