BENJAMIN B. WAGNER
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO.  1:12-CR-00106 LJO |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER REGARDING |
| v. | ) DEFENDANT'S DUTY TO PAY |
| | ) RESTITUTION AND CONTINUED |
| ROJELIO MARTIN, | ) SURRENDER DATE TO SEPTEMBER 3, |
| | ) 2013 |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

WHEREAS, by Judgment entered May 24, 2013 [Doc. 71], defendant ROJELIO MARTIN was sentenced, among other things, to be imprisoned for a term of 33 months and to pay restitution jointly and severally with co-defendant Roberto Olivares in the amount of $44,860;

WHEREAS, defendant's original surrender date of July 2, 2013, was ordered by Court on stipulation of the parties to be continued to August 20, 2013, to enable defendant to attend a state agency settlement conference [Doc. 75];

WHEREAS, the parties desire to delay defendant's current surrender date to September 3, 3013, to enable defendant to attend a

-1-
APPLICATION AND [PROPSED] ORDER REGARDING RESTITUTION AND SURRENDER DATE

hearing before the Labor Commissioner of the State of California on August 28, 2013, whereat defendant, as claimant in "Case No. 01-43188 MG," will seek a compensatory award of approximately $20,000; and

WHEREAS, the parties agree and desire to stipulate that at least 90% of any monetary award the defendant receives in partial or full resolution of "Case No. 01-43188 MG" be paid to Court in partial satisfaction of defendant's restitution obligation;

THEREFORE, defendant ROJELIO MARTIN, by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Christopher D. Baker ("government"), hereby agree and stipulate as follows:

1. The parties agree and stipulate that the defendant's current surrender date of August 20, 2013, be continued to 2:00 p.m. on September 3, 2013, to enable defendant to attend a hearing before the Labor Commissioner of the State of California on August 28, 2013, in "Case No. 01-43188 MG."

2. Defendant, through Defense Counsel, will provide to the government copies of all correspondence and associated documents he receives from the Labor Commissioner of the State of California on or after the date of this stipulation relating to the decision, adjudication, payment or benefit received in connection with "Case No. 01-43188 MG" within 10 days of receiving such correspondence or documents.

3. In the event defendant is awarded any compensation or benefit in connection with "Case No. 01-43188 MG," defendant will instruct the Labor Commissioner to pay at least 90% of the award or benefit directly to the Clerk of the Court in partial satisfaction of his

restitution obligation, and if defendant receives any such award, will immediately pay at least 90% of such award to the Clerk of the Court in partial satisfaction of his restitution obligation as set forth in the Judgment and Commitment in this case [Doc. 71].

Dated:  August 12, 2013         BENJAMIN B. WAGNER
                                United States Attorney


                                 /s/ Christopher D. Baker
                                CHRISTOPHER D. BAKER
                                Assistant U.S. Attorney


                                 /s/ Marshall Hodgkins
                                E. MARSHALL HODGKINS
                                Attorney for Defendant
                                  Rogelio Martin


                                 /s/ Rojelio Martin
                                ROJELIO MARTIN
                                Defendant Rojelio Martin

IT IS SO ORDERED.

    Dated:   **August 12, 2013**            **/s/ Lawrence J. O'Neill**
                                                            UNITED STATES DISTRICT JUDGE