**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
**emhlaw@aol.com**
**TELEPHONE:  559-248-0900**
**FACSIMILE:   559-248-0901**

Attorney for Defendant, ROGELIO MARTIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) Case No.: 1:12-CR-00106-LJO-BAM |
| Plaintiff, | ) **APPLICATION TO EXONERATE BOND** ) **AND FOR RECONVEYANCE OF REAL** ) **PROPERTY AND ORDER THEREIN** |
| vs. | ) |
| ROGELIO MARTIN, | ) |
| Defendant | ) |

**TO THE HONORABLE LAWRENCE J. O'NEILL:**

The Defendant Rogelio Martin, by and through his Counsel E. Marshall Hodgkins, hereby moves the court for an order exonerating the bond and for the reconveyance of the real property in the above captioned case.

The defendant was arrested, and ultimately pled guilty to Federal Tax Fraud Charges. He was sentenced, and is currently serving his federal sentence at Atwater Penitentiary in Atwater, California.

During the process he was ordered to post a Property Bond and a Straight Note (#2012-0085710). This property bond was posted by the owners of the property, Oliverio Vasquez and Maria Vasquez on June 20, 2012).

Rogelio Martin, having surrender to the designated institution as ordered, hereby requests the court exonerate the bond and order the Clerk of the Court to reconvey title to the property securing the property bond. Assistant U.S. Attorney Christopher Baker does not oppose this application.

**Respectfully Submitted,**

DATED: 23, 2013December                                                    /s/E. Marshall Hodgkins
                                                                                         **E. Marshall Hodgkins,**
                                                                                         **Attorney of Record for**
                                                                                         **Rogelio Martin**


## ORDER

IT IS HEREBY ORDERED that the property posted by Oliverio Vasquez and Maria Vasquez as to Rogelio Martin, secured by the real property, is exonerated and the Clerk of the Court is directed to reconvey to Oliverio Vasquez and Maria Vasquez the Deed of Trust recorded on June 20, 2012 in the Fresno County Recorder's Office as Document No. **2012-0085710**.


Dated: December 30, 2013                                             /s/ Lawrence J. O'Neill_____

                                                                                         LAWRENCE J. O'NEILL

                                                                                         United States District Judge